IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY HALL,

    Plaintiff,　　　　　　　　　　No. CIV S-09-0820 KJM P

  vs.

J. POPOVITS, et al.,

    Defendants.　　　　　　　　　　<u>ORDER</u>

_____/

        By an order filed September 3, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form necessary to effect service on defendant. That thirty day period has since passed, and plaintiff, who has consented to the jurisdiction of the undersigned, has not responded in any way to the court's order.

        IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

DATED: December 16, 2009.

_____
U.S. MAGISTRATE JUDGE

4/hall0820.fusm

1